STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 370-2413
   FAX: (415) 436-7234
   Joseph.Tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMUEL POLANCO,<br><br>   Defendant. | NO. 3:21-CR-00069-RS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM APRIL 12, 2021 TO MAY 10, 2021 |

     There is a status conference scheduled in this case for April 12, 2021 at 1 p.m. Doc. 12. The parties are negotiating a resolution and, in the interests of efficiency, stipulate and request that the April 12, 2021 status conference be continued to May 10, 2021 or to a subsequent date deemed appropriate by the Court.

     It is further stipulated by and between counsel for the United States and counsel for the defendant SAMUEL POLANCO, that time be excluded under the Speedy Trial Act from April 12, 2021 through May 10, 2021. The government and counsel for the defendant have agreed that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced. For this reason the parties stipulate and agree that excluding time until May 10, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C.

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR
3:21-CR-00069-RS
v. 7/10/2018

§ 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 12, 2021 through May 10, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  April 9, 2021                           /s/ Joseph Tartakovsky
                                                JOSEPH TARTAKOVSKY
                                                Assistant United States Attorney

DATED:  April 9, 2021                           /s/ Sophia Whiting
                                                SOPHIA WHITING
                                                Counsel for Defendant SAMUEL POLANCO

IT IS SO ORDERED.

DATED: April 9, 2022
                                                _____
                                                HON. RICHARD SEEBORG
                                                Chief United States District Judge