GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Sophia_Whiting@fd.org

Counsel for Defendant POLANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21-0069 RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| SAMUEL POLANCO, | |
| Defendant. | |

      Samuel Polanco is scheduled to appear for sentencing on Tuesday, October 19, 2021 at 9:30 a.m. In July, a potential conflict was brought to defense counsel's attention. Potential conflict counsel was identified and scheduled to meet with Mr. Polanco via videoconference at Santa Rita Jail. However, unfortunately, throughout August and the beginning of September, scheduled meetings were repeatedly cancelled due to Mr. Polanco's placement in quarantine. The presentence investigation report draft is due soon. The parties therefore jointly request to continue the hearing in the above-captioned matter to December 14, 2021 at 9:30 a.m. or as soon thereafter the Court is available.

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER

The parties stipulate and agree that the ends of justice served by excluding the time through December 14, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Thus, the parties stipulate, and the Court finds and holds, the sentencing hearing on October 19, 2021, is continued to December 14, 2021.

IT IS SO STIPULATED.

| September 13, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
|---|---|
| | /S<br>JOSEPH TARTAKOVSKY<br>Assistant United States Attorney |
| September 13, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

September 13, 2021
Dated

HON. RICHARD SEEBORG
United States District Judge

STIPULATION TO EXCLUDE TIME, REQUEST TO CONTINUE HEARING, AND [PROPOSED] ORDER   2