GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Sophia_Whiting@fd.org

Counsel for Defendant POLANCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL POLANCO,<br><br>Defendant. | **Case No.:** CR 21-0069 RS<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

      Samuel Polanco is scheduled to appear for sentencing on Tuesday, December 14, 2021 at 9:30 a.m. On December 6, 2021, defense counsel confirmed that the Office of the Federal Public Defender has an actual conflict that will prevent current counsel from continuing to represent Mr. Polanco. The parties therefore jointly request to vacate the sentencing hearing and set the matter for a status conference on January 3, 2022, at 1:00 p.m. In the meantime, the parties will place the matter on the magistrate duty calendar for identification of counsel.

      Thus, the parties stipulate, and the Court finds and holds, the sentencing hearing on December 14, 2021, is vacated and a status conference is set for January 3, 2022.

STIPULATION AND [PROPOSED] ORDER

IT IS SO STIPULATED.

| | |
|---|---|
| December 7, 2021<br>Dated | STEPHANIE HINDS<br>Acting United States Attorney<br>Northern District of California |
| | /S<br>JOSEPH TARTAKOVSKY<br>Assistant United States Attorney |
| December 7, 2021<br>Dated | GEOFFREY HANSEN<br>Acting Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

December 7, 2021
Dated

HON. RICHARD SEEBORG
Chief United States District Judge

STIPULATION AND [PROPOSED] ORDER 2