EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
SAMUEL POLANCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL POLANCO,<br><br>　　　　　Defendant. | Case No.:  CR 21-0069 RS<br><br>**JOINT REQUEST AND STIPULATION RE SENTENCING HEARING; ORDER** |

　　　Defendant Samuel Polanco is currently set to the sentenced by the Court on March 1, 2022, at 9:30am.

　　　Due to defense counsel's entry into the case in December 2021 and delays caused, *inter alia,* by his contracting the COVID-19 virus, defense counsel requires additional time to prepare this matter for a sentencing hearing.  As such, the parties jointly agree, request, and stipulate that the March 1, 2022 sentencing hearing be continued to March 22, 2022, at 9:30am for an in-person sentencing hearing.

JOINT REQUEST AND STIPULATION RE SENTENCING
HEARING; [PROPOSED] ORDER [Case No.: CR 21-0069 RS]　　　　　　　　　　　　　　　　1

The Court and U.S. Probation Department are available on the proposed date.

SO STIPULATED.

Dated: February 10, 2022

STEPHANIE HINDS
United States Attorney

_____/s/_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney

Dated: February 10, 2022

_____/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
SAMUEL POLANCO

## ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the March 1, 2022 sentencing hearing is vacated. A sentencing hearing shall be conducted in-person on March 22, 2022, at 9:30am.

Dated: February 10, 2022

_____
THE HONORABLE RICHARD SEEBORG
CHIEF DISTRICT COURT JUDGE