EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
SAMUEL POLANCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL POLANCO,<br><br>Defendant. | Case No.:  CR 21-0069 RS<br><br>**JOINT REQUEST AND STIPULATION RE SENTENCING HEARING; ORDER** |

    Defendant Samuel Polanco is currently set to be sentenced by the Court on March 22, 2022, at 9:30am.

    Mr. Polanco is nine credits short from receiving his high school diploma from Five Keys Charter School through the Independent Education Program.  Mr. Polanco is working on those classes, taken through "packets", while incarcerated at Santa Rita Jail, and must complete studies in, inter alia, art, reading, and group therapy.  Mr. Polanco and defense counsel would like Mr. Polanco to have the opportunity to complete those credits for his diploma and to be

able to make such a representation to the Court on the day of his sentencing. Defense counsel has discussed the diploma issue with the government and the government has no objection to a continuance to allow Mr. Polanco this opportunity and to allow defense counsel additional time to prepare this matter for a sentencing hearing.

As such, the parties jointly agree, request, and stipulate that the March 22, 2022 sentencing hearing be continued to June 28, 2022, at 9:30am for an in-person sentencing hearing.

The Court and U.S. Probation Department are available on the proposed date.

SO STIPULATED.

STEPHANIE HINDS
United States Attorney

Dated: March 14, 2022                 _____/s/_____
                                      JOSEPH TARTAKOVSKY
                                      Assistant United States Attorney


Dated: March 14, 2022                 _____/s/_____
                                      EDWIN PRATHER
                                      PRATHER LAW OFFICES
                                      Attorneys for Defendant
                                      SAMUEL POLANCO

'

JOINT REQUEST AND STIPULATION RE SENTENCING
HEARING; ORDER [Case No.: CR 21-0069 RS]                              2

**ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the March 22, 2022 sentencing hearing is vacated. A sentencing hearing shall be conducted in-person on June 28, 2022, at 9:30am.

Dated: March 14, 2022

_____
THE HONORABLE RICHARD SEEBORG
CHIEF DISTRICT COURT JUDGE