1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7320
7     FAX: (415) 436-7234
      joseph.tartakovsky@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 21-CR-0069 RS |
|---|---|---|
| Plaintiff, | ) | **JOINT REQUEST AND STIPULATION RE SENTENCING HEARING; ORDER** |
| v. | ) | |
| SAMUEL POLANCO, | ) | |
| Defendant. | ) | |

     Defendant Samuel Polanco is currently set to be sentenced by the Court on June 28, 2022, at 9:30 a.m.  Counsel for the government now has a conflict with that date.  The parties now jointly stipulate and request that the June 28, 2022 sentencing be reset to July 26, 2022.  The parties have confirmed the availability of the Court, through the Courtroom Deputy, and the Probation Officer.

     The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

///

///

///

///

JOINT REQUEST AND STIPULATION RE SENTENCING
21-CR-0069 RS

| | |
|---|---|
| DATED: April 22, 2022 | Respectfully submitted,<br><br>STEPHANIE M. HINDS<br>United States Attorney<br><br>          /S/         <br>JOSEPH TARTAKOVSKY<br>Assistant United States Attorney |
| DATED: April 22, 2022 |           /S/         <br>EDWIN PRATHER<br>PRATHER LAW OFFICES<br>Attorney for Defendant<br>SAMUEL POLANCO |

**SO ORDERED.**

DATED:   April 22, 2022   

_____
THE HONORABLE RICHARD SEEBORG
CHIEF DISTRICT COURT JUDGE

JOINT REQUEST AND STIPULATION RE SENTENCING
21-CR-0069 RS